**Order entered May 6, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00784-CR

## ARMANDO LOPEZ, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-76836-M**

## ORDER

Before the Court is the State's May 4, 2020 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief received with the motion filed as of the date of this order.

/s/    ROBERT D. BURNS, III
        CHIEF JUSTICE